# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ESSEX REGIONAL RETIREMENT SYSTEM, on Behalf of Itself and on Behalf of All Those Similarly Situated,<br><br>                  Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA CORPORATION, BARCLAYS BANK PLC, BNP PARIBAS S.A., CITIBANK, N.A., CITIGROUP, INC., CREDIT SUISSE GROUP AG, DEUTSCHE BANK AG, GOLDMAN SACHS GROUP, INC., GOLDMAN, SACHS & CO., HSBC HOLDINGS PLC, HSBC BANK PLC, INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, JPMORGAN CHASE & CO., MARKIT GROUP LTD., MORGAN STANLEY & CO. LLC, THE ROYAL BANK OF SCOTLAND GROUP PLC, and UBS AG,<br><br>                  Defendants. | Civil Action No.<br><br>Honorable<br><br>**NOTIFICATION AS TO AFFILIATES** |

      Pursuant to Rule 3.2 of the Local Rules of the Northern District of Illinois, Plaintiff Essex Regional Retirement System, states, through its counsel, that it has no publicly-held affiliates and no publicly-held company owns 5% or more of its stock.

                                                                Respectfully submitted,

Dated:   August 12, 2013                             /s/ Michael J. Freed
                                                     MICHAEL J. FREED
                                                     DONALD L. SAWYER
                                                     FREED KANNER LONDON & MILLEN LLC
                                                     2201 Waukegan Road, Suite 130
                                                     Bannockburn, IL 60015
                                                     Telephone: (224) 632-4500
                                                     Facsimile: (224) 632-4521

                                                     *Of Counsel*