# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ESSEX REGIONAL RETIREMENT SYSTEM, v. BANK OF AMERICA CORPORATION, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ESSEX REGIONAL RETIREMENT SYSTEM (Plaintiff)

| | |
|---|---|
| NAME (Type or print) Donald L. Sawyer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Donald L. Sawyer | |
| FIRM Freed Kanner London & Millen LLC | |
| STREET ADDRESS 2201 Waukegan Rd., Ste. 130 | |
| CITY/STATE/ZIP Bannockburn, IL 60015 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6290677 | TELEPHONE NUMBER (224) 632-4500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |