**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Essex Regional Retirement System | ) | |
| Plaintiffs | ) | Case No: 13 C 5725 |
| v. | ) | |
| | ) | Judge: Robert M. Dow, Jr. |
| Bank of America Corporation et al | ) | |
| Defendant | ) | |
| | ) | |

**ORDER**

MOTION by attorney Gregory S. Asciolla for leave to appear pro hac vice [5] on behalf of Plaintiff Essex is granted. MOTION by attorney Lawrence A. Sucharow for leave to appear pro hac vice [6] on behalf of Plaintiff Essex is granted. MOTION by attorney Matthew J. Perez for leave to appear pro hac vice [7] on behalf of Plaintiff Essex is granted.

Date:   8/20/2013

_____
Robert M. Dow, Jr.
United States District Court Judge