UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ESSEX REGIONAL RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:13-cv-05725 <br><br> Hon. Milton I. Shadur <br> Mag. Judge Jeffrey T. Gilbert |

**STIPULATION SETTING TIME FOR DEFENDANTS TO
ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

WHEREAS, on May 3, 2013, plaintiff Sheet Metal Workers Local No. 33 Cleveland

District Pension Plan filed a complaint in Case 1:13-cv-3357 (Shadur, M.) and filed an amended

complaint on July 12, 2013 (the "Sheet Metal case") in the Northern District of Illinois;

WHEREAS, on July 11, 2013, plaintiffs Unipension Fondsmaeglerselskab A/S,

Arkitekternes Pensionkasse, MP Pension-Pensionskassen for Magistre & Psykologer, and

Pensionkassen for Jordbrugsakademikere & Dyrlaeger filed a complaint in Case 1:13-cv-4979

(Norgle, C.) and filed an amended complaint on August 2, 2013 (the "Unipension case") in the

Northern District of Illinois;

WHEREAS, on July 16, 2013, plaintiff Value Recovery Fund LLC filed a complaint in

Case 13-cv-4928 (Abrams, R.) (the "VRF case") in the Southern District of New York;

WHEREAS, on July 29, 2013, plaintiff LBBW Asset Management

Investmentgesellschaft GmbH filed a complaint in Case 1:13-cv-5413 (St. Eve, A.) (the "LBBW

case"), and on August 28 and August 30, 2013, filed, respectively, an amended complaint and corrected amended complaint in the Northern District of Illinois;

WHEREAS, on July 29, 2013, plaintiff MF Global Capital LLC filed a complaint in Case 1:13-cv-5417 (Kennelly, M.) (the "MF Global case") in the Northern District of Illinois;

WHEREAS, on August 1, 2013, plaintiff Essex Regional Retirement System filed a complaint in Case 1:13-cv-5388 in the Southern District of New York, but voluntarily dismissed that case on August 7, 2013, and re-filed it in the Northern District of Illinois on August 12, 2013, Case 1:13-cv-05725 (Dow, R.) (the "Essex Regional case");

WHEREAS, on August 1, 2013, the Unipension case and on August 8, 2013, the MF Global and the LBBW cases were reassigned to the Honorable Milton Shadur.

WHEREAS, on August 29, 2013, plaintiff Salix Capital U.S., Inc. filed a complaint in Case No. 1:13-cv-6116 in the Southern District of New York (Cote, D.) (the "Salix case");

WHEREAS, on September 5, 2013, the Essex Regional case was reassigned to the Honorable Milton I. Shadur, who is now presiding over the Sheet Metal , Unipension, LBBW, MF Global, and Essex Regional cases;

WHEREAS, on September 18, 2013, plaintiff Essex Regional filed an amended Complaint;

WHEREAS, a status conference is scheduled for October 16, 2013, in the Sheet Metal case;

WHEREAS, the allegations in the aforementioned lawsuits are substantially similar;

WHEREAS, other plaintiffs may file additional complaints in the Northern District of Illinois or elsewhere asserting substantially similar allegations as in the aforementioned lawsuits ("Related Actions");

WHEREAS, on July 16, 2013, plaintiff in the Sheet Metal case moved the Judicial Panel on Multidistrict Litigation ("JPML"), MDL No. 2476, *In re Credit Default Swaps Antitrust Litigation*, to transfer and consolidate the Sheet Metal, Unipension, and VRF cases, and any Related Actions, including the MF Global, LBBW, Essex Regional, and Salix cases, in the Northern District of Illinois for purposes of pre-trial proceedings, including the filing of a single consolidated complaint;

WHEREAS, on August 23, 2013, plaintiff Essex Regional filed a joinder in support of the Sheet Metal plaintiffs' motion before the JPML;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The undersigned counsel accept service of the September 18, 2013 Complaint in the Essex Regional case for their respective clients named in the Complaint without waiver of any defenses, including those related to personal jurisdiction and venue.

2. Defendants' time to answer, move or otherwise respond to the Complaint in the Essex Regional case is hereby suspended while JPML proceedings are pending, provided that:

   i. upon resolution of the JPML consolidation proceedings, the parties shall confer in good faith about a schedule for filing and responding to whatever consolidated complaint is ultimately to be filed in the court determined by the JPML, with the filing to be not less than 45 days following such resolution by the JPML and any ensuing motion to dismiss such consolidated complaint being briefed pursuant to a 60-60-30-day schedule; and

   ii. if defendants' time to answer, move, or otherwise respond to a complaint in any Related Action or other pending action is not similarly suspended pending

the JPML proceedings, the suspension set forth herein shall end and the parties shall meet and confer in good faith concerning the schedule in this action, with defendants preserving all rights to seek from the Court an order suspending any response pending resolution of the JPML proceedings.

Dated: September 23, 2013

/s/ Gregory S. Asciolla
Lawrence A. Sucharow
Gregory S. Asciolla
Jay L. Himes
Robin A. van der Meulen
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
lsucharow@labaton.com
gasciolla@labaton.com
jhimes@labaton.com
rvandermeulen@labaton.com

*Counsel for Plaintiff Essex Regional Retirement System*

Michael J. Freed
Donald L. Sawyer
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: 224-632-4500
Facsimile: 224-632-4521
mfreed@fklmlaw.com
dsawyer@fklmlaw.com

*Of Counsel for Plaintiff Essex Regional Retirement System*

Vincent Briganti
LOWEY DANNENBERG COHEN & HART, P.C.
White Plains Plaza, One North Broadway
White Plains, NY, 10601-2310
Telephone: 914-997-0500
Facsimile: 914-997-0035
VBriganti@lowey.com

*Of Counsel for Plaintiff Essex Regional Retirement System*

/s/ Robert F. Wise
Robert F. Wise
Arthur J. Burke
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone:  212-450-4000
Facsimile:  212-701-5800
robert.wise@davispolk.com
arthur.burke@davispolk.com

*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.*


/s/ Todd Fishman
Nathan P. Eimer
Susan M. Razzano
Alexis G. Chardon
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: 312-660-7600
Facsimile: 312-692-1718
neimer@eimerstahl.com
srazzano@eimerstahl.com
achardon@eimerstahl.com

Todd Fishman
Michael Feldberg
M. Elaine Johnston
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
todd.fishman@allenovery.com
michael.feldberg@allenovery.com
elaine.johnston@allenovery.com


*Attorneys for Defendant Barclays Bank plc*

*/s/ David C. Esseks*

Christopher B. Wilson
PERKINS COIE LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603
Telephone: 312-324-8400
cwilson@perkinscoie.com

David C. Esseks
Brian A. de Haan
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
david.esseks@allenovery.com
brian.dehaan@allenovery.com

John Terzaken
Molly Kelley
ALLEN & OVERY LLP
1301 K Street NW
9th Floor, East Tower
Washington, D.C. 20005
Telephone: 202-683-3800
john.terzaken@allenovery.com
molly.kelley@allenovery.com

*Attorneys for Defendant BNP Paribas*

/s/ David F. Graham
David F. Graham
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7596
Facsimile: 312-853-7036
dgraham@sidley.com

*Attorney for Defendants Citibank, N.A.,
Citigroup, Inc., and Citigroup Global
Markets Inc.*

/s/ Benjamin F. Holt
J. Robert Robertson
Benjamin F. Holt
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
robby.robertson@hoganlovells.com
benjamin.holt@hoganlovells.com

*Attorneys for Defendant Credit Suisse AG*

*/s/ Paula W. Render*
David P. Wales
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: 202-879-3939
Facsimile: 202-626-1700
dpwales@jonesday.com

Paula W. Render
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: 312-782-3939
Facsimile: 312-782-8585
prender@jonesday.com

Eric P. Stephens
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306
epstephens@jonesday.com

*Attorneys for Defendant Deutsche Bank AG*

/s/ Robert Y. Sperling
Robert Y. Sperling
Thomas Kirsch II
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700
rsperling@winston.com
tkirsch@winston.com

Elizabeth Papez
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
Telephone: 202-282-5000
Facsimile: 202-282-5100
epapez@winston.com

Richard C. Pepperman
Andrew D. Pietro
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: 212-558-4000
Facsimile: 212-558-3588
peppermanr@sullcrom.com
pietroda@sullcrom.com

*Attorneys for Defendant Goldman, Sachs & Co.*

/s/ Andrew S. Marovitz
Andrew S. Marovitz
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: 312-782-0600
Facsimile: 312-701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Attorneys for Defendants HSBC Bank plc
and HSBC Bank USA, N.A.*


/s/ Brian D. Roche
Brian D. Roche
REED SMITH LLP
10 South Wacker Drive- 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400
broche@reedsmith.com

Matthew J. Reilly
Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
1155 F Street, NW
Washington, DC 20004
Telephone: 202-636-5500
Facsimile: 202-636-5502
matt.reilly@stblaw.com
aellis@stblaw.com

*Attorneys for Defendant International Swaps
and Derivatives Association*

*/s/ Patrick Fitzgerald*
Patrick Fitzgerald
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606
Telephone: 312-407-0700
Facsimile: 312-407-0711
patrick.fitzgerald@skadden.com

Peter E. Greene
Peter S. Julian
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: 212-735-3000
Facsimile: 212-735-2000
peter.greene@skadden.com
peter.julian@skadden.com

*Attorneys for Defendant JPMorgan Chase &
Co. and JPMorgan Chase Bank, N.A.*

*/s/ Colin Kass*
Colin Kass
Scott M. Abeles
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 400 South
Washington, DC 20004
Telephone: 202-416-6800
Facsimile: 202-416-6899
ckass@proskauer.com
sabeles@proskauer.com

Alan R. Kusinitz
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
Telephone: 212-969-3000
Facsimile: 212-969-2900
akusinitz@proskauer.com

Steven R. Gilford
Michael F. Derksen
PROSKAUER ROSE LLP
70 W. Madison
Suite 3800
Chicago, IL 60602
Telephone: 312-962-3550
Facsimile: 312-962-3551
sgilford@proskauer.com
mderksen@proskauer.com

*Attorneys for Defendant Markit Group Ltd.*

*/s/ Daniel Slifkin*
Daniel Slifkin
Michael A. Paskin
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Facsimile: 212-474-3700
DSlifkin@cravath.com
MPaskin@cravath.com

*Attorneys for Defendant Morgan Stanley & Co., LLC*


*/s/ Stephanie D. Jones*
Stephanie D. Jones
FIGLIULO & SILVERMAN, P.C.
10 S. La Salle Street, Suite 3600
Chicago, IL 60603
Telephone: 312-251-4600
Facsimile: 312-251-4610
sjones@fslegal.com

Charles F. Rule (of counsel)
Joseph J. Bial
Amy W. Ray (of counsel)
CADWALADER WICKERSHAM &
TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
Telephone: 202-862-2200
Facsimile: 202-862-2400
rick.rule@cwt.com
joseph.bial@cwt.com
amy.ray@cwt.com

*Attorneys for Defendants Royal Bank of Scotland plc and Royal Bank of Scotland N.V.*

*/s/ David Bohan*                   
David Bohan
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: 312-902-5200
Facsimile: 312-902-1061
david.bohan@kattenlaw.com

James J. Calder
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
Telephone: 212-940-8800
Facsimile: 212-940-8776
james.calder@kattenlaw.com

*Attorneys for Defendant UBS AG and UBS Securities LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2013, I electronically filed the foregoing Stipulation Setting Time for Defendants to Answer, Move, or Otherwise Respond to the Complaint with the Clerk of the Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

By: */s/ Gregory S. Asciolla*
Gregory S. Asciolla