

**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

October 22, 2013

RE: Essex Regional Retirement System v. Bank of America Corporation et al
MDL No.  MDL 2476
USDC Case No. 13cv5725

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 10/18/2013 .

■ was electronically transmitted to USDC for the Southern District of New York.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By:   /s/ Yvette Montanez
      Deputy Clerk

Enclosures

New Case No. _____     Date _____

cc:   Non-ECF Attorneys and Pro se Parties